

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-15-00172-CV

CLOFER G. BLACK                                                APPELLANT

V.

WGH HERITAGE, INC. AND                                         APPELLEES
WESTCHESTER PRIME
MANAGEMENT, LLC D/B/A
WESTCHESTER PLAZA

----------

FROM THE 348TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 348-271136-14

----------

## MEMORANDUM OPINION[1]

----------

Appellant Clofer G. Black's brief was originally due on August 17, 2015.

We granted multiple extensions, making Black's brief due on January 15, 2016.

On that date, Black's counsel of record filed a motion to withdraw as counsel,

---

[1]*See* Tex. R. App. P. 47.4.

stating that he had lost all contact with Black for approximately seven months and had been unable to communicate with Black "in any manner for this extensive period of time." We granted Black's counsel's motion to withdraw.

On January 28, 2016, we notified Black that his appeal would be dismissed for want of prosecution unless he or any party desiring to continue the appeal filed with this court by February 8, 2016, a motion reasonably explaining the failure to file a brief and the need for an extension. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b). Black did not file a response; however, Appellees WGH Heritage, Inc. and Westchester Prime Management, LLC d/b/a Westchester Plaza filed a joint motion to dismiss the appeal based on Black's failure to file his brief for over six months.

Accordingly, we grant Appellees' motion and dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

PER CURIAM

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DELIVERED: March 3, 2016